

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2019

No. 04-19-00564-CV

Juan **GARZA,**
Appellant

v.

**GRUPO COMERCIO MUNDIAL,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVF000590D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

By order dated September 19, 2019, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction because his notice of appeal appeared to be untimely filed. In appellant's response, he requests that we abate this appeal to the trial court for a hearing pursuant to Tex. R. Civ. P. 306a to determine the date on which he received notice or actual knowledge of the order he seeks to appeal. *See Lickety Split Express, Inc. v. Lyndee Sols., Inc.*, No. 03-19-00142-CV, 2019 WL 2402980 (Tex. App.—Austin June 7, 2019, order) (mem. op.). Appellant's request is GRANTED. This appeal is ABATED to the trial court, and the trial court is ORDERED to conduct a hearing pursuant to Tex. R. Civ. P. 306a no later than thirty days from the date of this order and determine the date on which appellant received notice or actual knowledge of the order he seeks to appeal. The trial court clerk is ORDERED to file a supplemental clerk's record containing the trial court's order no later than ten days from the date the trial court signs the order.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2019.



LUZ ESTRADA,
Chief Deputy Clerk